# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163072(64)

PETERSEN FINANCIAL, LLC,
      Plaintiff-Appellee,

SC: 163072
COA: 350208
Kent CC: 16-011820-CH

v

CITY OF KENTWOOD,
      Defendant-Appellant
and

KENT COUNTY TREASURER,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to file a response to the brief amicus curiae filed by the Michigan Municipal League and the Government Law Section of the State Bar of Michigan is GRANTED. The response submitted on August 4, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2021       

Clerk